| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**JOHN M. MCDONNELL**<br>Chapter 7 Trustee<br>115 Maple Avenue<br>Red Bank, New Jersey 07701<br>(732) 383-7233<br>jmcdonnell@mchfirm.com | Order Filed on October 30, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>NUBI, Michael<br><br>      Debtor. | Case No. 18-30441 (CMG)<br><br>Chapter 7<br><br>Honorable Christine M. Gravelle |

### ORDER DISMISSING THE DEBTOR'S CHAPTER 7 PETITION

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 30, 2019**

                 */s/ Christine M. Gravelle*
                 Honorable Christine M. Gravelle
                 United States Bankruptcy Judge

(Page 2)

Debtor: Nubi, Michael
Case No.: 18-30441 (CMG)
Caption of Order:    Order Dismissing the Debtor's Chapter 7 Petition

---

**THIS MATTER** having been opened to the Court by John M. McDonnell, Chapter 7 Trustee ("Trustee") for Michael Nubi ("Debtor"), upon Application for the entry of an Order dismissing the Debtor's Chapter 7 Petition; and notice having been provided to the Office of the United States Trustee, all parties included on the Certificate of Service, and to the Debtor; and said notice constituting good and sufficient notice pursuant to the Federal and Local Rules of Bankruptcy Procedure; and the Court having considered oral argument of the Trustee's counsel in support of the Trustee's Motion and opposition thereto, if any; and for other good cause having been shown;

**IT IS ORDERED** that the Debtor's Chapter 7 petition be, and hereby is, dismissed; and it is further

**ORDERED** that a copy of this Order shall be served on all parties included on the Certificate of Service within seven (7) days from the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:
Michael Nubi
    Debtor

Case No. 18-30441-CMG
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Oct 30, 2019
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2019.
db         +Michael Nubi,   4 Cedarview Avenue,   Jackson, NJ 08527-4887

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2019 at the address(es) listed below:
         Aderemilekun A. Omojola    on behalf of Debtor Michael  Nubi ade@oapc.law
         Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
         Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
         John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com
         John Michael McDonnell    jmcdonnell@mchfirm.com,  NJ95@ecfcbis.com,bcrowley@mchfirm.com
         Rebecca Ann Solarz    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
    TOTAL: 7