Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 18−30441−CMG  
Chapter: 7  
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
Michael Nubi  
dba NuBeginning Physical Therapy and Rehab  
4 Cedarview Avenue  
Jackson, NJ 08527

Social Security No.:  
xxx−xx−2436

Employer's Tax I.D. No.:  
82−1241794

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that John Michael McDonnell is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: December 5, 2019

Christine M. Gravelle  
Judge, United States Bankruptcy Court